```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 04363
    FRANCES J DENOFRIO
                                             CHAPTER 13

                                             JUDGE: MANUEL BARBOSA
        Debtor
    SSN XXX-XX-1618


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/09/05 and confirmed on 05/10/05.

    2.  The case was dismissed after confirmation, 11/15/2007.

    3.  The Debtor paid a total of $  19069.00 .

    4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
CHASE HOME EQUITY          SECURED                  .00         .00           .00
CHASE HOME EQUITY          MORTGAGE ARRE     3036.17           .00        3036.17
ELGIN FEDERAL              CURRENT MORTG         .00           .00            .00
ELGIN FEDERAL              MORTGAGE ARRE     4111.52           .00        4111.52
ILLINOIS DEPT REVENUE      PRIORITY          1651.00           .00         526.73
INTERNAL REVENUE SERVICE   PRIORITY         41164.82           .00        8950.31
B FIRST LLC                UNSECURED         2458.28           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         6437.35           .00            .00
ECAST SETTLEMENT CORPORA   UNSECURED         6699.64           .00            .00
SMC                        UNSECURED          937.70           .00            .00
ECAST SETTLEMENT CORP      UNSECURED          321.82           .00            .00
CAPITAL ONE FINANCIAL      UNSECURED        NOT FILED          .00            .00
B FIRST LLC                UNSECURED          647.07           .00            .00
B FIRST LLC                UNSECURED         6870.90           .00            .00
PROVIDIAN NATIONAL BANK    UNSECURED        NOT FILED          .00            .00
B FIRST LLC                UNSECURED         3695.79           .00            .00
CITICARDS PRIVATE LABEL    UNSECURED         1403.81           .00            .00
WELLS FARGO FINANCIAL IN   UNSECURED         1043.62           .00            .00
ILLINOIS DEPT REVENUE      UNSECURED          148.60           .00            .00
INTERNAL REVENUE SERVICE   UNSECURED         1689.74           .00            .00
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
        Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED     OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7147.69    42815.82     32354.32       .00     82317.83
PRINCIPAL PAID      7147.69     9477.04          .00       .00     16624.73
INTEREST PAID           .00         .00          .00       .00          .00
```

```
TOTAL PAID                7147.69         9477.04            .00            .00      16624.73
```
The Debtor's attorney, COSTELLO & COSTELLO          , was allowed $   3886.00
and was paid $   1006.00  direct and $   1643.75  through the plan.

The Trustee received $     800.52 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/08/08                     /S/
                                           GLENN STEARNS
                                           CHAPTER 13 TRUSTEE